UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-00453-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MELQUIADES HERNANDEZ-CASTRO | ORDER |

This matter is before the court on defendant's notice filed in response to the court's 21 January 2021 order. (DE # 28.) Defendant has been detained eight months in a local detention center and is concerned about the risk of COVID-19 infection there. (See id. at 2.) Defendant does not wish to further delay his designation to a federal facility. (See id. at 2.) Defense counsel represents he has conferred with defendant and defendant consents to proceeding with his sentencing by video or teleconference. (Id. at 1.) The court finds that arraignment cannot be further delayed without serious harm to the interests of justice. Sentencing is hereby SET for the 8 February 2021 session by videoconference.

This 25 January 2021.

_____
W. Earl Britt
Senior U.S. District Judge